

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Michael Nevarez and The Law Offices of Michael R. Nevarez, a Professional Corporation, d/b/a Nevarez Law Firm, P.C., | § | No. 08-19-00120-CV |
| | § | Appeal from the |
| | § | 41st District Court |
| Appellant, | § | of El Paso County, Texas |
| v. | § | (TC# 2018-DCV-1121) |
| USAA Federal Savings Bank, | § | |
| Appellee. | § | |
| | § | |

**O R D E R**

On April 25, 2019, this Court issued an order for mediation referral. The order required the parties to confer and attempt to agree upon a qualified mediator within twenty days of the date of the order and notify the Court of the mediator's name and contact information. The parties have not complied with this requirement. Therefore, the Court, on its own motion, ORDERS the appeal to continue. The suspension of the appellate timetable is lifted and the Clerk's Record shall be filed in this Court on or before June 23, 2019.

IT IS SO ORDERED this 24th day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.